DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZAVEN KAZANDJIAN** and **MARIE KAZANDJIAN,**
Appellants,

v.

**DAVID VASTOLA, D.O.** and **YOUR GOOD HEALTH MEDICAL GROUP,
P.A.** a Florida corporation,
Appellees.

No. 4D17-3494

[February 14, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 502015CA005637XXXXMB.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellant.

Dinah Stein, Mark Hicks and Amanda Forti of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***